**Exhibit A to the Complaint**

**Location:** Dallas, TX  **IP Address:** 97.99.75.157
**Total Works Infringed:** 73  **ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 01/06/2018 06:08:56 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/18/2017 15:16:31 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 06/29/2017 17:28:16 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 4 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 08/26/2017 00:00:02 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 5 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 10/14/2017 04:58:30 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/11/2017 07:47:06 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 7 | 127D8EAEE8F45701A505248271A3CFD34373E448 | Tushy | 11/23/2017 05:03:37 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 8 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/21/2017 02:35:01 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 9 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/19/2017 09:05:07 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 10 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 11/23/2017 04:53:31 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 11 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/18/2017 15:23:56 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 12 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/21/2017 02:50:16 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 13 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/25/2017 23:56:41 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 14 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/14/2017 04:42:41 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 15 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 11/11/2017 04:42:44 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 16 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 01/06/2018 04:19:15 | 01/02/2018 | 01/18/2018 | 16215824133 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/13/2018 14:05:24 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 18 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 08/19/2017 10:36:15 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 19 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/20/2017 23:59:17 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 20 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/29/2017 09:44:16 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 21 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/04/2017 04:13:11 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 22 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/16/2017 03:00:35 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 23 | 3A2C8338775B56FE8087CF92F425E9DE9B411231 | Blacked Raw | 11/11/2017 04:41:09 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 24 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 12/02/2017 04:03:37 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 25 | 3C13DFBCED77087173F8CE7A0B2F077D12A321BD | Vixen | 11/23/2017 04:37:53 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 26 | 3E770665FF14213C98B2746B028AE2F335C6569B | Blacked | 11/02/2017 14:33:16 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 27 | 41C62207ADF0D03D82414693BAA46DB231130B94 | Tushy | 11/12/2017 19:11:32 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 28 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/09/2017 02:53:03 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 29 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/18/2017 02:38:04 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 30 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/21/2017 02:49:42 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 31 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/23/2017 04:37:23 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 32 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/14/2017 04:59:19 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 33 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/14/2017 04:38:40 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 34 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/02/2017 03:19:08 | 08/28/2017 | 09/07/2017 | PA0002052848 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 11/11/2017 10:13:28 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 36 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | Tushy | 06/30/2017 23:38:12 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 37 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/10/2017 23:31:31 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 38 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/05/2017 18:41:35 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 39 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/12/2017 23:38:40 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 40 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 12/09/2017 03:06:40 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 41 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/18/2017 02:35:02 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 42 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/18/2017 15:21:11 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 43 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/12/2017 18:40:38 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 44 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/09/2017 02:47:19 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 45 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 11/11/2017 07:48:11 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 46 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/02/2017 04:02:02 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 47 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/23/2017 02:32:46 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 48 | 9F45593DA944206DE85CA29AA3A86E229824A39E | Tushy | 07/20/2017 18:15:27 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 49 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 11/18/2017 14:07:55 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 50 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 11/11/2017 03:30:02 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 51 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 11/12/2017 18:54:00 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 52 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/20/2017 18:14:13 | 07/19/2017 | 08/11/2017 | PA0002046876 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/28/2017 09:09:37 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 54 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 11/02/2017 23:09:48 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 55 | BFB89D9733F601D4112B4779AC1E57E7657457E5 | Tushy | 10/14/2017 04:49:39 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 56 | C1242C6BAF05ADCC2C4FB61D40FAC6C469F25E9B | Blacked | 05/13/2017 04:59:41 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 57 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/10/2017 05:12:03 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 58 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/02/2017 04:23:18 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 59 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/10/2017 05:14:48 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 60 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 12/03/2017 05:21:02 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 61 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 12/03/2017 05:15:12 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 62 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 12/23/2017 09:39:08 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 63 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/09/2017 02:50:29 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 64 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 07/30/2017 20:02:17 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 65 | E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53 | Tushy | 08/04/2017 04:31:56 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 66 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/14/2017 04:59:43 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 67 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/19/2017 08:35:35 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 68 | E895E4E69F428DABB264A9F9B1A6F7955127088E | Blacked | 05/13/2017 04:56:11 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 69 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/30/2017 20:00:38 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 70 | EB4FD1A21DBD07D014D1BA3B828BA558AFC7D40C | Tushy | 09/02/2017 03:21:03 | 08/29/2017 | 10/10/2017 | PA0002086144 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/21/2017 02:37:47 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 72 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/28/2017 08:46:32 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 73 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/23/2017 02:34:46 | 09/22/2017 | 10/02/2017 | PA0002057455 |