UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 97.99.75.157,<br><br>    Defendant. | Civil Case No. 3:18-cv-01070-D<br><br>Judge Sidney A. Fitzwater |

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**<u>WITH DEFENDANT JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 97.99.75.157 ("Defendant") through his counsel, Robert Cashman, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: July 25, 2018                                         Respectfully submitted,


                                                             By:  /s/ *Andy Nikolopoulos*
                                                                 Andy Nikolopoulos, Esq. (24044852)
                                                                 anikolopoulos@foxrothschild.com
                                                                 Fox Rothschild, LLP
                                                                 5420 Lyndon B. Johnson Freeway
                                                                 Two Lincoln Centre, Suite 1200
                                                                 Dallas TX 75240-6215
                                                                 Tel.: (972) 991-0889
                                                                 Fax: (972) 404-0516
                                                                 www.foxrothschild.com
                                                                 *Attorneys for Plaintiff*